Evelyn E. DONNELLY, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2006–3162.

United States Court of Appeals, Federal Circuit.

Feb. 23, 2006.

### ORDER

The appeal having been docketed in error, it is

ORDERED that the appeal is DISMISSED.